UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL LUKENS,

    Plaintiff,

v.                                    CASE NO. 8:25-cv-02045-SDM-CPT

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

### ORDER

    Daniel Lukens moves (Doc. 2) to proceed *in forma pauperis*. In a well-reasoned report, the magistrate judge recommends denying the motion. (Doc. 12) No objection appears. The report and recommendation (Doc. 12) is **ADOPTED**. For the reasons stated in the report, the motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**. No later than **NOVEMBER 4, 2025**, Lukens must pay the filing fee. Failure to pay on time will result in dismissal of the action.

    ORDERED in Tampa, Florida, on October 16, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

- 2 -

